Michael T. Hertz, #97617
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\16557\Appeal - Settlement\Motion Appeal Dismissal Order.wpd:dlw

Attorneys for Creditors

FILED
2005 JUN -8  P 1: 02
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
BY_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>CENTRAL VALLEY PROCESSING,<br><br><br>Debtor | Case No.  03-11610-B-7<br>Distr. Ct. Case No.<br>05-CV-00495-AWI<br>Chapter 7<br>DC# KDG-16 |

**ORDER GRANTING EX PARTE MOTION FOR DISMISSAL OF APPEAL WITH PREJUDICE**

Upon the ex parte motion of ANDY PURSLEY, KAREN TORRANO, ARLA DILL, AND GEORGE CRAFTON (collectively "Creditors" to dismiss their appeal under F.R.B.P. Rule 8001(c)(2) with prejudice,

IT IS HEREBY ORDERED that said motion is granted without conditions, and the appeal is dismissed with prejudice.

Dated: 6-8-05

_____
~~UNITED~~ STATES DISTRICT JUDGE

Order Granting Ex Parte Motion for
Dismissal of Appeal                              -1-